RECEIVED
JUL 2 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RODNEY C. HULSEY | CIVIL ACTION NO. 07-207 |
| VERSUS | JUDGE DOHERTY |
| TIA ALLEN, ET AL. | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to Magistrate Judge Methvin for a Report and Recommendation. No objections to the Report and Recommendation [Doc. 8] have been filed. Seeing no error in fact or law, this court adopts the conclusions set forth therein.

IT IS ORDERED that plaintiff's civil rights claims be DENIED AND DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief can be granted accordance with 28 U.S.C. § 1915A(b)(1).

IT IS FURTHER ORDERED that the plaintiff's Supplement State Court claims be DISMISSED WITHOUT PREJUDICE to plaintiff's right to refile these claims in the appropriate state court.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this ___27___ day of ___July___, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE